*United States Bankruptcy Court*
*District of Massachusetts*

| | |
|---|---|
| In re: ) | |
| ) | |
| SHARON A. TRAINOR, ) | Chapter 13 |
| DEBTOR. ) | Case No. 10-41875-MSH |
| ) | |

## DECISION AND ORDER REGARDING MOTION TO AVOID JUDICIAL LIEN [# 7]

This matter having come before the Court on the Motion to Avoid Judicial Lien under 11 U.S.C. § 522(f) [#7] (the "Motion") in which the Debtor seeks to avoid the judicial lien of Citibank (South Dakota), N.A., recorded in the Middlesex North registry of Deeds at Book 23429, Page 146, and after due consideration of the Motion, and no opposition having been filed, the Motion is ALLOWED, subject to the following terms and conditions

1. The judicial lien may be avoided pursuant to 11 U.S.C. § 522((f).

2. Pursuant to 11 U.S.C. § 349(b)(1)(B) the judicial lien shall be reinstated if the case is dismissed unless the Court, for cause, subsequently orders otherwise.

Dated: June 28, 2010

Melvin S. Hoffman
United States Bankruptcy Judge.